# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SARAH PURDY,

    Plaintiff,

v.

RICHLAND HOLDINGS, INC., *et al.*,

    Defendants.

Case No. 2:11-cv-02039-LDG (RJJ)

**ORDER**

    The defendants moved to dismiss (#8) the plaintiff's complaint (#1). The plaintiff subsequently filed an amended complaint (#10), mooting defendants' motion. Therefore,

    THE COURT **ORDERS** that defendants' Motion to Dismiss (#8) is DENIED as moot.

DATED this \_\_\_17\_\_\_ day of August, 2012.

_____
Lloyd D. George
United States District Judge